ISIDORE BROWNFIELD, as President of LOCAL UNION NO. 4, UNITED GARMENT WORKERS OF AMERICA, Respondent, v. LOUIS SIMON, as President of NEW YORK CLOTHING CUTTERS, LOCAL UNION No. 4, Appellant.

*Brownfield* v. *Simon*, 174 App. Div. 872, affirmed.

(Submitted December 3, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 6, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term determining that plaintiff was the owner of and entitled to the possession of the funds on deposit with the Manhattan Savings Institution in the name of New York Clothing Cutters, Local Union No. 4. In 1915 Local Union No. 4, United Garment Workers of America had about 1,600 members. About three-fourths of said membership decided to affiliate with the Amalgamated Clothing Workers of America. The remaining one-fourth continued their affiliation with the United Garment Workers and elected new officers. The question was as to which was the owner of the property of the original association.

*Morris Hillquit* for appellant.

*Nathan Waxman, Max D. Steuer* and *H. Danziger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CRANE, JJ. Not sitting: McLAUGHLIN, J.